IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02886-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.)

HENRY BAKER,

    Plaintiff,

v.

ROBERT SUESS, and
MARIA,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -6 2010

GREGORY C. LANGHAM
            CLERK

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __X__  affidavit is incomplete
(6)   __X__  affidavit is not notarized or is not properly notarized

(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint or Petition:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED December 6, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02886-BNB

Henry Baker
1420 Logan Street
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form** to the above-named individuals on 12/6/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk