IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02886-BNB

HENRY BAKER,

    Plaintiff,

v.

ROBERT SUESS, and
MARIA,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2011

GREGORY C. LANGHAM
                  CLERK

---

## ORDER OF DISMISSAL

---

    Plaintiff, Henry Baker, initiated this action by filing *pro se* a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    In an order filed on December 6, 2010, Magistrate Judge Boyd N. Boland directed Mr. Baker to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Baker was directed to complete and notarize the affidavit included in his Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The December 6 Order warned Mr. Baker that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

    Mr. Baker has not filed any documents with the Court since December 6, 2010. Therefore, Mr. Baker has failed to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Henry Baker, to comply with the order to cure dated December 6, 2010.

DATED at Denver, Colorado, this 25th day of January, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02886-BNB

Henry Baker
1420 Logan Street
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on January 25, 2011.

                                          GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                      Deputy Clerk